UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. REYES,

               Plaintiff,

     - against -

MUG AND CUP COFFEE SHOP INC., et al.,

               Defendants.

22-cv-7119 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to **1/13/23**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **1/27/23**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          December 19, 2022

                                                John G. Koeltl
                                        United States District Judge