# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 18, 2023

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
1/18/23

      Re:    **Reyes v. Mug and Cup Coffee Shop Inc., et al.**
              **Case 1:22-cv-07119-JGK**

Dear Judge Koeltl:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 23, 2023, at 12:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, an adjournment on or about the Answer deadline [D.E. 10] or March 3rd is respectfully requested. .

      Thank you for your consideration of this first adjournment request.

                                Sincerely,

                                By: /S/  B. Bradley Weitz
                                    B. Bradley Weitz, Esq. (BW9365)
                                    THE WEITZ LAW FIRM, P.A.
                                    Attorney for Plaintiff
                                    Bank of America Building
                                    18305 Biscayne Blvd., Suite 214
                                    Aventura, Florida 33160
                                    Telephone: (305) 949-7777
                                    Facsimile:  (305) 704-3877
                                    Email: bbw@weitzfirm.com