```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MARIO J. REYES,

            Plaintiff,

   - against -

MUG AND CUP COFFEE SHOP INC., ET AL.,

           Defendants.

22-cv-7119 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **March 3, 2023 at 12:30 p.m.** is canceled.

SO ORDERED.

Dated:   New York, New York
           February 23, 2023

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                          United States District Judge