UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIO J. REYES,

                Plaintiff,

                22 civ 7119 (JGK)

      -against-

MUG AND CUP COFFEE SHOP, INC
and JOEL VENTURES, LLC,
                Defendants.
-----------------------------------------------------------X

## ORDER

The plaintiffs shall file default papers, via order to show cause and this Court's rules, by **March 27, 2023.**

The conference scheduled for Thursday, March 23, at 12:30pm, is canceled.

**SO ORDERED.**

                              **JOHN G. KOELTL**
                             **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 15, 2023